Jennifer A. Kuenster, State Bar No. 104607
jkuenster@nixonpeabody.com
Scott S. Shepardson, State Bar No. 197446
sshepardson@nixonpeabody.com
Joseph J. Spataro, State Bar No. 196452
jspataro@nixonpeabody.com
**NIXON PEABODY LLP**
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone (415) 984-8268
Fax (866) 904-6525

Aaron M. Brian, State Bar No. 213191
abrian@nixonpeabody.com
Kristi J. Livedalen, State Bar No. 155207
klivedalen@nixonpeabody.com
**NIXON PEABODY LLP**
300 South Grand St., Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Fax: (213) 629-6001

Attorneys for Defendant
FCA US LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-05190-PSG-MRW<br><br>*Assigned for All Purposes to the Honorable* **Phillip S. Gutierrez**<br><br>**NOTICE OF RELATED CASES AND REQUEST FOR REASSIGNMENT**<br><br>Local Rule 83-1.3.1<br><br>Removal Filed: July 14, 2016<br>**Earliest in Related Group**<br>Trial Date: September 12, 2017 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

4840-7462-4070.1

NOTICE OF RELATED CASES

Pursuant to Local Rule 83-1.3.1 defendant FCA US LLC ("FCA US") hereby files this Notice of Related Cases:

Laura Lee v FCA US LLC, Case No. 2:16-cv-05190-PSG-MRW

Hon. Phillip S. Gutierrez, **Removal Filed: 7/14/16, Earliest case**

Richard and Mary Acosta v FCA US LLC, Case No. 2:17-cv-02128-FMO-AJW

Hon. Fernando M. Olguin, Removal Filed: 3/17/17

Julio Murrieta Alvarado v. FCA US LLC, Case No. 5:17-cv-00505 JGB-DTB

Hon. Jesus G. Bernal, Removal Filed: 3/17/17

Maria T. Avina v. FCA US LLC, Case No. 5:17-cv-00511-JGB-SP

Hon. Jesus G. Bernal, Removal Filed: 3/17/17

Kirk Gordon Bisto v. FCA US LLC, Case No. 2:17-cv-02267-CAS-SS

Hon. Christina A. Snyder, Removal Filed: 3/23/17

Rafael Cardenas v. FCA US LLC, Case No. 2:17-cv-02291-R-SK

Hon. Manuel L. Real, Removal Filed: 3/23/17

Carl Cieslikowski v. FCA US LLC, Case No. 5:17-cv-00562-AG-KS

Hon. Andrew J. Guilford, Removal Filed: 3/23/17

David and Kathleen Donner v. FCA US LLC, Case No. 2:17-cv-02303-GW-JEM

Hon. George H. Wu, Removal Filed: 3/24/17

Juan and Daisy Elenes v. FCA US LLC, Case No. 2:16-cv-05415-CAS-AS

Hon. Christina A. Snyder, Removal Filed 7/20/16

Maria C. Espudo v. FCA US LLC, Case No. 5:17-cv-00560-JLS-KS

Hon. Josephine L. Staton, Removal Filed: 3/23/17

Deanna Flores v. FCA US LLC, Case No. 5:17-cv-00557-CAS-SS

Hon. Christina A. Snyder, Removal Filed: 3/24/17

Ana S. Garcia v. FCA US LLC, Case No. 2:17-cv-02198-ODW-SK

Hon. Otis D. Wright II, Removal Filed: 3/21/17

Robert Garcia v. FCA US LLC, Case No. 8:17-cv-00536-MWF-GJS

Hon. Michael W. Fitzgerald, Removal Filed: 3/23/17

Christina and Leonard Gomez v. FCA US LLC, Case No. 2:17-cv-02316-JAK-GJS

Hon. John A. Kronstadt, Removal Filed: 3/24/17

Josie Gonzalez v. FCA US LLC, Case No. 5:17-cv-00545 RGK (FFMx)

Hon. R. Gary Klausner, Removal Filed: 3/22/17

Maribel Gonzalez v. FCA US LLC, Case No. 2:17-cv-02302-BRO-RAO

Hon. Beverly Reid O'Connell, Removal Filed: 3/24/17

Renee E. Hall v. FCA US LLC, Case No. 2:17-cv-01823-PSG-JC

Hon. Philip S. Gutierrez, Removal Filed: 3/7/17

Johan Hansen v. FCA US LLC, Case No. 5:17-cv-00549 –AB (PLAx)

Hon. Andre Birotte Jr., Removal Filed 3/23/17

Michael Huerta v. FCA US LLC, Case No. 5:17-cv-00547-TJH-RAO

Hon. Terry J. Hatter, Jr., Removal Filed: 3/22/17

Harold and Marna Jordan v. FCA US LLC, Case No. 2:17-cv-02435-AB-SS

Hon. Andre Birotte Jr., Removal Filed 3/29/17

Doreen Kent and D. Mead v. FCA US LLC, Case No. 5:17-cv-00572-CAS-AGRx

Hon. Christina A. Snyder, Removal Filed: 3/24/17

Gloria J. Lawrence v. FCA US LLC, Case No. 2:16-cv-05452-BRO-GJ

Hon. Beverly Reid O'Connell, Removal Filed: 7/21/16

Robert J. Macias v. FCA US LLC, Case No. 2:17-cv-02314-MWF-GJS

Hon. Michael W. Fitzgerald, Removal Filed: 3/24/17

Henrietta Saffron v. FCA US LLC, Case No. 2:17-cv-02249-DMG-PLA

Hon. Dolly M. Gee, Removal Filed: 3/22/17

Donna M. Schwartz v. FCA US LLC, Case No. 5:17-cv-00568-R-MRW

Hon. Manuel L. Real, Removal Filed: 3/24/17

Barbara Tarango and Freddy Hernandez v. FCA US LLC, Case No. 2:17-cv-02475-VAP-KS

Hon. Virginia A. Phillips, Removal Filed: 3/30/17

The foregoing cases were all brought under the Song Beverly Act (California Civil Code Sections 1790-1797.96) and allege defective TIPM components in FCA US vehicles. The TIPM (Totally Integrated Power Module) is an electronic module found in each vehicle purchased by each plaintiff listed above. The only defendant in all of these cases is FCA US. The allegations are virtually identical in each Complaint and the Complaints were all filed by the O'Connor Mikhov firm. In each case, the plaintiffs seek punitive damages for the same allegations of fraudulent concealment of TIPM defects. The evidence concerning these allegations in each case will be the same, the written discovery will be identical, the documents requested and produced regarding these fraud allegations will be the same and FCA US will be filing a partial summary judgment motion on the same grounds in each case. Because the cases involve identical legal and factual issues, we are filing this Notice of Related Cases in compliance with Local Rule 83-1.3.1 and believe reassignment of these cases to one judge will affect a savings of judicial effort and other economies.

Dated:  April 11, 2017                    NIXON PEABODY LLP


                                          By: /s/ Scott S. Shepardson
                                              Scott S. Shepardson
                                              Joseph J. Spataro
                                              Attorneys for Defendant
                                              FCA US LLC

4840-7462-4070.1