-1-

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LEE, | CASE NO : 2:16-cv-05190-MRW |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | Honorable Michael R. Wilner |
| Defendants. | |

-1-
[PROPOSED] ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

# ORDER

The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 9, 2022

_____
HONORABLE MICHAEL R. WILNER